UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CR-400-FDW-12

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| MICHAEL ROBERT KEARNS, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court upon Mr. Kearns' Consent Motion to Deposit Proceeds (Doc No. 315). For good cause shown, the Motion is GRANTED.

It is therefore ORDERED that Mr. Kearns is authorized to deposit into the Court Registry a check in the amount of $3,000.00. The Clerk of Court will process said proceeds in its normal and ordinary course.

SO ORDERED.

Signed: February 24, 2009

Frank D. Whitney
United States District Judge